

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUL 1 6 2010

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff       )<br>                              )<br>v.                            )    Magistrate No.: 8:95M85<br>                              )<br>MIGUEL MARTINEZ QUIROZ,       )<br>                              )<br>            Defendant.        ) | |

## ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal (Filing No. 2) in the above-captioned case be granted as requested.

DATED this _16_ day of July 2010.

_____
F.A. GOSSETT
United States Magistrate Judge